IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No. 3:91cv309 |
| Plaintiff(s), | JUDGE WALTER HERBERT RICE |
| - vs - | |
| ATLAS LEDERER CO., et.al. | |
| Defendant(s). | |

## ORDER

It is hereby ordered that the above captioned cause be administratively processed.

January 24, 2012

_____
WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT

AOProcessing/"Case settled with final dismissal papers due within 45 days."