IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

vs.          Case No. 3:91cv309

THE ATLAS-LEDERER COMPANY, et al.,  JUDGE WALTER HERBERT RICE

  Defendants.

---

DECISION AND ENTRY GRANTING GOVERNMENT'S MOTION FOR ORDER COMPELLING LEVINE AND EDISON DEFENDANTS TO SUBMIT CERTAIN FINANCIAL DOCUMENTS WITHIN STATED PERIOD OF TIME (DOC. #897)

---

Pursuant to the reasoning and citations of authority set forth in the Memorandum filed in support of the Government's Motion, seeking an order of the Court compelling the Defendants Ace Iron & Metal Co./Norman's Auto Wrecking/Alan Levine (collectively "Levine") and Edison Automotive Inc./David Edison (collectively "Edison") to submit certain requested financial documents necessary for the Government to determine whether an ability to pay settlement can be made available to Levine and Edison (Doc. #897), as well as upon a thorough review of this Court's docket, said Motion is sustained in its entirety.

Accordingly, not later than 30 days from date:

1. For the individual Defendants, (a) complete and signed copies of the last (3) years of personal federal income tax returns. Documents should include all schedules and attachments as filed with the US Internal Revenue Service; and (b) a personal financial statement of debtor (Form OBD-500), a copy of which is attached to the Memorandum in Support of Government's Motion as Attachment A.

2. For the corporate or business-entity Defendants, (a) the last three (3) years of company or business federal tax returns (in this case, from Ace Metals Co., Norman's Auto Wrecking, and Edison Automotive, Inc.); (b) all internal financial statements (i.e., income statement, balance sheet, statement of cash flows, and supporting notes and schedules) for the three (3) most recent years of operation. Audited statements are preferred, but un-audited statements will be accepted; and (c) year-to-date information and/or financial statements for 2012, as available.

June 13, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Deborah Reyher, Esq.
Joseph Warren, Esq.
Alison McGregor, Esq.
Sherry Estes, Esq.
Martin Lewis, Esq.