IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE ATLAS-LEDERER COMPANY, ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. C-3-91-CV-00309 <br><br> District Judge Walter H. Rice <br><br> Magistrate Judge Sharon L. Ovington |

## ORDER AND INDICATIVE RULING
## ON APPROVAL OF PROPOSED CONSENT DECREE

This matter came before the Court upon the joint motion of Plaintiff United States of America and Defendants Edison Automotive Inc., Caldwell Iron & Metal, and Larry Katz (collectively the "Parties") pursuant to Rule 62.1 of the Federal Rules of Civil Procedure asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals so that it may approve and enter the Parties' settlement agreement embodied in a Consent Decree.

Having considered the Parties' motion and the entire record, the Court is of the opinion, and so finds and indicates, that if the case is remanded to it by the Court of Appeals for the Sixth Circuit, it would approve and enter the Parties' Consent Decree upon the United States' motion, because the settlement reflected in the Consent Decree is fair, reasonable, and consistent with the public interest.

IT IS, THEREFORE, ORDERED BY THE COURT that if this case is remanded to the District Court by the Court of Appeals, this Court will accept jurisdiction and approve and enter the Parties' Consent Decree upon the United States' motion.

ENTERED this 30th day of January, 2019.

_____
Honorable Walter H. Rice
Judge, United States District Court